## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO VASQUEZ, | ) | Case No. 15-cv-10985 |
| | ) | |
| | ) | Honorable John J. Tharp |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELLY'S ON CUMBERLAND, INC. d/b/a | ) | |
| ELLY'S PANCAKE HOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On the parties' Stipulation of Dismissal it is hereby **ORDERED:**

This case is dismissed with prejudice and without costs or attorney's fees to either party.

**ENTERED:**

_John J. Tharp Jr._
_____

Date: October 4, 2016

John J. Tharp, Jr.
United States District Judge